Before the Second Division, April 17, 1957

**No. 60655.**—The Gould-Mersereau Co., Inc. *v.* United States, protest 253747–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of curtain clamps, composed wholly or in chief value of brass, not plated with gold, platinum, or silver, and chiefly used in the household for utilitarian purposes, the claim of the plaintiff was sustained.